```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

```
Cris C. Vaughan, Esq., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378
```

Attorney for Defendant Lee J. Kauffman, D.C., a Chiropractic Corporation; Lee J. Kauffman

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Lee J. Kauffman, D.C., a Chiropractic Corporation; Lee J. Kauffman,<br><br>    Defendants.<br>_____ | Case No. **2:11-cv-02708-GEB-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL DECEMBER 16, 2011 FOR DEFENDANTS LEE J. KAUFFMAN, D.C., A CHIROPRACTIC CORPORATION AND LEE J. KAUFFMAN TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Lee J. Kauffman, D.C., a Chiropractic Corporation and Lee J. Kauffman, by and through their respective attorneys, Scott N. Johnson; Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. Defendants Lee J. Kauffman, D.C., a Chiropractic Corporation and Lee J. Kauffman are granted an extension until December 16, 2011 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants Lee J. Kauffman, D.C., a Chiropractic Corporation and Lee J. Kauffman's response will be due no later than December 16, 2011.

IT IS SO STIPULATED effective as of November 21, 2011.

Dated:  November 21, 2011          /s/ Cris C. Vaughan
                                   Cris C. Vaughan,
                                   Attorney for Defendants
                                   Lee J. Kauffman, a
                                   Chiropractic Corporation
                                   and Lee J. Kauffman

Dated:  November 22, 2011          /s/ Scott N. Johnson
                                   Scott N. Johnson,
                                   Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

**11/28/11**

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION RE: EXTENSION OF TIME - 2